

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00591-CV

**IN RE CONSERT LLC**, Christopher Baker, James Kerr, Frank McCamant, and Stephens Inc.

Original Mandamus Proceeding

## ORDER

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Liza A. Rodriguez, Justice

This proceeding arises out of Cause No. 2017-CI-05787, styled *James E. Bennett, Jr., et al. v. Roy J. Moore, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas. However, the Honorable Solomon J. Casseb, III, presiding judge of the 288th Judicial District Court, Bexar County, Texas, signed the order at issue in this original proceeding. Judge Casseb is no longer the presiding judge of the 288th Judicial District Court. Judge Casseb's successor is the Honorable Cynthia Marie Chapa. When one named in his official capacity as a party to an original proceeding no longer holds the office, abatement is required to allow that party's successor to "reconsider the original party's decision." *See* TEX. R. APP. P. 7.2(b).

Accordingly, we ORDER the substitution of Judge Cynthia Marie Chapa as respondent in this original proceeding, *see* TEX. R. APP. P. 7.2(a), and ABATE the case for 30 days from the date of this order to allow Judge Chapa to reconsider the original decision. During the period of abatement, relators shall present to Judge Chapa each issue made the subject of the pending petition for writ of mandamus; obtain a ruling on each; and amend the petition and appendix in this court accordingly.

Relators are further ORDERED to file in this court either an amended petition and appendix or the appropriate motion to dismiss this mandamus proceeding no later than 15 days following Judge Chapa's ruling.

It is so **ORDERED** on March 27, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court